COURT OF COMMON PLEAS
_____ COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

# REPORT OF GUARDIAN OF THE ESTATE

Estate of: _____, an Incapacitated Person
*Name of Incapacitated Person*

Case File No: _____

DATE COURT APPOINTED YOU AS GUARDIAN: _____

## PART I. INTRODUCTION

1. Name(s) of Guardian(s): _____

2. Is this a limited Guardianship?

   ☐ Yes

   ☐ No

3. Report Period

   ☐ This is the **Report** for the period from _____ to
   _____ (the **"Report Period"**); or

   ☐ This is the **Final Report** for the period from _____ to
   _____ (the **"Report Period"**) and is filed for the following reason:

      ☐ The death of the Incapacitated Person.

      Date of Death: _____

      Name of Executor/Administrator: _____

      ☐ The Guardian was discharged by a court order dated: _____

      ☐ Order for Adjudication of Capacity dated: _____

      ☐ Limited Duration Order Expired, dated: _____

      ☐ Transfer of Guardianship to: _____

      Date of court order approving transfer: _____

**PART II. INCOME**

1. List all sources of income received during the **Report Period:**

| Did the Incapacitated Person receive any of the following? | | Amount During **Report Period** |
|---|---|---|
| **Alimony or Support** | ☐ Yes ☐ No | $ |
| **Annuity Payments** | ☐ Yes ☐ No | $ |
| **Dividends** | ☐ Yes ☐ No | $ |
| **Interest Income** | ☐ Yes ☐ No | $ |
| **IRA Distributions** | ☐ Yes ☐ No | $ |
| **Long Term Care Insurance Benefits** | ☐ Yes ☐ No | $ |
| **Pension/Retirement Benefits (for example: 401(k), 403(b), etc.)** | ☐ Yes ☐ No | $ |
| **Public Assistance** | ☐ Yes ☐ No | $ |
| **Rental Property Income** | ☐ Yes ☐ No | $ |
| **Royalties (including from mineral and land rights)** | ☐ Yes ☐ No | $ |
| **Social Security Benefits (Retirement, Disability, SSI)** | ☐ Yes ☐ No | $ |
| **Tax Refund** | ☐ Yes ☐ No | $ |
| **Trust Income** | ☐ Yes ☐ No | $ |
| **Veterans Benefits (disability/pension/aid and attendance)** | ☐ Yes ☐ No | $ |
| **Wages** | ☐ Yes ☐ No | $ |
| **Worker's Compensation Benefits** | ☐ Yes ☐ No | $ |
| **Other** | ☐ Yes ☐ No | $ |
| | **TOTAL** | $ |

**PART III. ANNUAL EXPENSES**

1. List all payments made for the care and maintenance of the Incapacitated Person during the **Report Period**.

| Expense | To Whom Was It Paid? | Total for **Report Period** |
|---|---|---|
| **Auto Insurance** | | $ |
| **Cable/Satellite/Internet** | | $ |
| **Child/Spousal Support/Alimony** | | $ |
| **Clothing** | | $ |
| **Condo/Co-op Assessments** | | $ |
| **Debt (incurred prior to your appointment)** | | $ |
| **Entertainment** | | $ |
| **Fees/Costs Paid to Guardian** | | $ |
| **Food** | | $ |
| **Gifts - Personal or Charitable** | | $ |
| **Home Health Care/Personal Aide** | | $ |
| **Homeowners Insurance** | | $ |
| **Home/Property Maintenance & Repair** | | $ |
| **Income Taxes** | | $ |
| **Life Insurance Premiums** | | $ |
| **Medical Insurance Premiums** | | $ |
| **Medical Expenses** | | $ |
| **Medicine** | | $ |
| **Mortgage** | | $ |
| **Nursing Home/Assisted Living/Institutionalized Care** | | $ |
| **Personal Expenses (including allowance)** | | $ |
| **Phone/Cell Phone** | | $ |
| **Real Estate Taxes** | | $ |
| **Rent** | | $ |
| **Utilities** | | $ |
| **Other** | | $ |
| | **TOTAL** | $ |

2. Does the Incapacitated Person have a credit card(s)? ☐ Yes ☐ No

   If **yes**, has it been used during this report period? ☐ Yes ☐ No

   What is the current balance on the credit card(s)? $ _____

## PART IV. COMPARING INCOME AND EXPENSES

1. Total Income (Part II, Question 1 TOTAL): $ _____

2. Unspent Income from Previous Year (Part IV, Question 5 from Last Year's Report): $ _____

3. Add lines 1 and 2 together to calculate this year's TOTAL INCOME: $ _____

4. Total Expense (Part III, Question 1 TOTAL): $ _____

5. Subtract line 4 from line 3.
   If amount is positive, enter it here to show UNSPENT INCOME, otherwise enter $0: $ _____

6. Subtract line 4 from line 3.
   If amount is negative, enter it here to show PRINCIPAL SPENT, otherwise enter $0: $ _____

7. Is line 6, PRINCIPAL SPENT, greater than $0?

   ☐ Yes

   ☐ No

   If **yes,** was a court order obtained?

   ☐ Yes - Date of Court Order: _____

   ☐ No - Explain why court approval was not obtained:

   _____

   _____

   _____

## PART V. ASSETS

1. What was the value of the assets reported on the Inventory? $ _____

2. List any additional assets received during the **Report Period**? (for example: gifts, inheritance, burial account, lawsuit recovery, etc.) Any currently held asset not previously reported must be reported regardless of when the asset was obtained.

| Description/Source | Value at the end of **Report Period** |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL** | $ |

3. Where are **all** the assets deposited or held at the end of the **Report Period**?

| List of Assets: Type and Location | Co-Owners | Value at the end of **Report Period** |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **TOTAL** | $ |

4. Does the incapacitated person own a house/condo/co-op?
   (If yes, please make sure the property is listed under assets.)

   ☐ Yes - Answer Questions a - e        ☐ No

   a. Address of property: _____

   b. Does the Incapacitated Person live in the house/condo/co-op?        ☐ Yes    ☐ No

   c. If purchased during the **Report Period**, what was the purchase price?        $ _____

   d. If real property was sold during the **Report Period**, what was the sale price?        $ _____

   e. Was a court order obtained if property was purchased or sold?

   ☐    Yes - Date of Court Order: _____

   ☐    No - Explain why court approval was not obtained:

   _____

   _____

   _____

5. List any assets transferred to a third party such as a spouse or child.

| Asset | Transferred To | Relationship to IP | Amount | Order Date | Explanation |
|---|---|---|---|---|---|
| | | | $ | | |
| | | | $ | | |
| | | | $ | | |

**PART VI. GUARDIAN'S COMPENSATION**

1. Did the Guardian receive compensation during the **Report Period**?

☐ Yes - Complete the table below ☐ No - Skip to Question 3

| Amount | Guardian Name | Is Amount Based on Hourly, Monthly or Annual Fee? | If Hourly, # of Hours |
|---|---|---|---|
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

2. Was the compensation approved by the court?

☐ Yes - Date of Court Order: _____

☐ No - Explain why court approval was not obtained:

_____

_____

_____

3. Have you maintained a log of your activities as guardian?

☐ Yes - Attach a copy ☐ No

**PART VII. ATTORNEY'S FEES**

1. Were attorney's fees paid during the **Report Period?**

☐ Yes - Complete the table below ☐ No - Skip to Part VIII

| Amount | Name of Counsel | Hourly Rate | # of Hours | Order Date or Reason Not Approved |
|---|---|---|---|---|
| $ | | $ | | |
| $ | | $ | | |
| $ | | $ | | |

**PART VIII. REPRESENTATIVE PAYEE**

1a. Social Security Administration (SSA) Benefits

☐ The Incapacitated Person does not receive SSA benefits.

☐ The Guardian acts as the representative payee. If you were required to provide a report to the SSA during this **Report Period**, please attach a copy.

☐ The Guardian is not the representative payee for SSA benefits. The payee is _____.

1b. Veterans Administration (VA) Benefits

☐ The Incapacitated Person does not receive VA benefits.

☐ The Guardian acts as the fiduciary. If you were required to provide a report to the VA during this **Report Period**, please attach a copy.

☐ The Guardian is not the fiduciary for VA benefits. The fiduciary is _____.

**PART IX. SURETY INFORMATION**

1. Was a surety bond required?

☐ Yes - In what amount **$** _____ - and then answer Questions a - b.

☐ No - The court waived a surety bond, skip to Question 2.

a. Is the surety bond still in effect?

☐ Yes

☐ No - Provide an explanation as to why not.

_____

_____

_____

b. Is the value of the estate at the end of the **Report Period** greater than the amount reported at the end of the prior report period?

☐ Yes

☐ No

If **yes**, has the amount of the surety bond been increased?

☐ Yes. To what amount: **$** _____

☐ No

2. If you are a professional guardian, agency or an attorney serving as guardian, do you have professional/guardian liability insurance that covers theft?

☐ Yes - Answer Question a and b.

☐ No - Skip to Part X.

☐ N/A

    a. Are the coverage limits greater than the assets (Part V, Question 3 TOTAL)?

        ☐ Yes

        ☐ No

    b. Describe the deductible and any exclusions.

_____

_____

_____

## PART X. GUARDIAN INFORMATION

1. During this **Report Period**, did any guardian participate in guardianship training?

☐ Yes

☐ No

If yes, provide the following information:

| Guardian Name | Dates of Training | | Provider | Training Description |
|---|---|---|---|---|
| | Starting | Ending | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2. During this **Report Period**, have any judgments been filed against any guardian, or has any guardian filed for bankruptcy protection?

☐ Yes - Please describe    ☐ No

*Guardian Name*        *Description*

_____   _____

_____   _____

3. During this **Report Period**, was any guardian charged with or convicted of a crime?

☐ Yes - Please describe    ☐ No

*Guardian Name*        *Description*

_____   _____

_____   _____

4. Is there any reason any guardian cannot continue to serve as guardian?

*Guardian Name*  　　　　　　 *Description*

_____　　_____

_____　　_____

**PART XI. SUMMARY**

| | |
|---|---|
| 1. If this is the first annual report, state the value of the assets reported on the Inventory. (Use amount from Part V, Question 1 of *this* Report.) (principal) | $ |
| 2. If this is not the first annual report, state the Total Assets (principal) from the prior Report. (Use TOTAL amount from Part V, Question 3 of *prior* Report.) | $ |
| 3. What was the total income received during the **Report Period**? (Use the amount from Part IV, Question 3 of *this* Report.) | $ |
| 4. What is the total amount of Expenses paid during the **Report Period**? (Use the amount from Part III, Question 1 of *this* Report.) | $ |
| 5. What are the Total Assets remaining at the end of the **Report Period**? (Use the amount from Part V, Question 3 of *this* Annual Report.) | $ |
| 6. What is the Unspent Income at the end of the **Report Period**? (Use the amount from Part IV, Question 5 of *this* Report.) | $ |

I verify that the foregoing information is correct to the best of my knowledge, information and belief; and that this verification is subject to the penalties of 18 Pa.C.S. §4904 relative to unsworn falsification to authorities.

I further acknowledge the Notice of Filing must be served within 10 days of the filing of this report pursuant to Pa.R.O.C.P. 14.8(b). Service shall be in accordance with Pa.R.O.C.P. 4.3.

_____
*Date*

_____
*Signature of Guardian of the Estate*

_____
*Name of Guardian of the Estate (type or print)*

_____
*Address*

_____
*City, State, Zip*

_____
*Home Phone Number*

_____
*Office Phone Number*

_____
*Cell Phone Number*

_____
*Email*

_____
*Date*

_____
*Signature of Co-Guardian of the Estate (if applicable)*

_____
*Name of Co-Guardian of the Estate (type or print)*

_____
*Address*

_____
*City, State, Zip*

_____
*Home Phone Number*

_____
*Office Phone Number*

_____
*Cell Phone Number*

_____
*Email*